■ TIMOTHY KOPASZ, Respondent, v COUNTY OF ERIE et al., Appellants. (Appeal No. 1.) [60 NYS3d 900]—Appeal from an or-

der of the Supreme Court, Erie County (Henry J. Nowak, Jr., J.), entered March 18, 2016. The order granted the motion of plaintiff for partial summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 15, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.